In the Matter of the Application of GREATER NEW YORK DEVELOPMENT COMPANY and BROOKYORK REALTY CORPORATION for Payment of Portions of Award, etc. Avenue D, between East Forty-eighth Street and East Forty-ninth Street, Borough of Brooklyn, City of New York.— Motion to confirm report of referee granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.